UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| AMIE O'BOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-061-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MADISON COUNTY, KENTUCKY, | ) | **JUDGMENT** |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Orders entered on June 13, 2023; April 29, 2024; and July 15, 2024, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.     The claims asserted by Plaintiff Amie O'Boyle against Defendants Madison County Kentucky, Deanna Anglin, Austin Pingleton, Michael Pingleton, and Steve Tussey are **DISMISSED**, with prejudice.

2.     Judgment is entered in favor of all defendants regarding the claims asserted by Plaintiff O'Boyle.

3.     This action is **DISMISSED** and **STRICKEN** from the docket.

4.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: July 31, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky